IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARK CARROLL,                        §
     Plaintiff,                    §
                                   §
                                   §
v.                                   §            No. 3:25-CV-3468-X-BW
                                   §
COMMUNITY WASTE                      §
DISPOSAL, INC., et al.,              §
     Defendants.                   §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Motion to Reinstate (Dkt. No. 10) is **GRANTED** in part, the judgment is **SET ASIDE**, and Plaintiff's deadline to show proof of service as to each Defendant is **EXTENDED** until 60 days from the date of this order.

**SO ORDERED** this 8th day of June, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE